# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

VINCENT MCDANIELS,

    Plaintiff,

v.                                   CASE NO. 4:11cv171-MP-GRJ

DEBRA LIVINGSTON, et al.,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 30, 2011. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED pursuant to 28 U.S.C § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.    Plaintiff's request for service (doc. 5) is DENIED as moot.

    **DONE and ORDERED** this 5th day of January, 2012.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**