**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

VINCENT MCDANIELS,

Plaintiff,

v. CASE NO. 4:11cv171-MP-GRJ

DEBRA LIVINGSTON, et al.,

Defendants.

_________________________________/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 30, 2011. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED pursuant to 28 U.S.C § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. Plaintiff's request for service (doc. 5) is DENIED as moot.

**DONE and ORDERED** this 5th day of January, 2012.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**